

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

**NO. 02-12-00314-CV**

OLUSEGUN ASEKUN                                                   APPELLANT

V.

MONARCH DENTAL MANSFIELD                                    APPELLEE

----------

FROM COUNTY COURT AT LAW NO. 2 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On February 6, 2013, the parties filed an "Agreed Motion To Vacate Appellate Proceedings And To Remand Cause To Trial Court For Dismissal With Prejudice." In the motion, the parties stated that they had reached a settlement agreement of all matters in controversy. The parties asked this court to grant their agreed motion and remand the case to the trial court to enter an order in accordance with the parties' settlement agreement.

---

[1]See Tex. R. App. P. 47.4.

On February 26, 2013, we granted in part the parties' "Agreed Motion To Vacate Appellate Proceedings And To Remand Cause To Trial Court For Dismissal With Prejudice" and stated that the appeal would be automatically reinstated on April 1, 2013, but could be dismissed if no party filed a motion asking that the appeal continue. More than ten days have elapsed since the appeal was reinstated, and no motion has been filed.

Pursuant to our February 26, 2013 abatement order, we therefore dismiss the appeal. *See* Tex. R. App. P. 43.2(f); *see also Waldo v. Muhs*, No. 02-05-00126-CV, 2006 WL 349707, at *1 (Tex. App.—Fort Worth Feb. 16, 2006, no pet.) (mem. op.) (dismissing appeal after parties failed to file any motions following mediation that resolved all issues in appeal).

PER CURIAM

PANEL: WALKER, GARDNER, and MCCOY, JJ.

DELIVERED: April 18, 2013